JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | NO. CR06-5496FDB |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO EXTEND INDICTMENT DEADLINE |
| ELISEO ABAD-RAMIRES, | ) | |
| Defendant. | ) | |

Upon the stipulation of the parties to extend the indictment deadline and the waiver of right to speedy indictment having been executed by the defendant, the Court finds that such an extension would serve the ends of justice and outweigh the interests of the public and the defendant in a speedy indictment; now, therefore,

IT IS HEREBY ORDERED that the indictment deadline be extended to October 2, 2006. The period of delay resulting from this extension is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h).

DONE this 28th day of August, 2006.

/s/   J Kelley Arnold
MAGISTRATE JUDGE J KELLEY ARNOLD

Presented by:

/s/
MIRIAM F. SCHWARTZ
Attorney for Defendant

/s/
MICHAEL DION
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE - 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710